**Richard PETERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53959.**

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant pled guilty to the charge of rape and acknowledged that he understood he was waiving his rights. Appellant filed his motion to vacate, under Rule 24.035, seven months after he was delivered to the department of corrections.

Judgment affirmed. Rule 84.16(b).

■

**William G. STEVENS as Personal Representative for the Estate of Bert E. Leet, Respondent,**

v.

**Michael G. STEVENS and Lee Ann Stevens, Appellants.**

**No. WD 53101.**

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Julius F. Wall, Clinton, for Respondent.

James E. Thompson, Jr., Harrisonville, for Appellants.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Judgment in a court-tried action allowing collection on the balance of a note. Judgment affirmed. Rule 84.16(b).